UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>Defendants. | Case No. 17-cv-730-LJV |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by counsel, hereby stipulate to the dismissal of this action with prejudice.

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Joseph E. Borson
JOSEPH E. BORSON
ANDREW E. CARMICHAEL
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-1944
(202) 616-8470 (Fax)
joseph.borson@usdoj.gov

*Counsel for Defendants*

/s/ Jonathan Manes
Jonathan Manes, *Supervising Attorney*
Richard Barney III, *Student Attorney*
Khalil Williams, *Student Attorney*
Civil Liberties and Transparency Clinic
University at Buffalo School of Law
507 O'Brian Hall, North Campus
Buffalo, NY 14260-1100
(716) 645-2167
(716) 645-6199 (Fax)
jmmanes@buffalo.edu

*Counsel for Plaintiffs*

Dated: October 3, 2019